UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X  Case No. 7:21-cv-09615-CS
JACOB HOROWITZ, FAIGY HOROWITZ,                                    Judge Cathy Seibel
and PERL HOROWTIZ, an infant under the age                         Magistrate Judge Paul E. Davison
of 14, by her M/N/G FAIGY HOROWITZ

INFANT COMPROMISE ORDER

Plaintiffs

-against-

MANUEL JIMENEZ SANDOVAL

Defendant.
----------------------------------------------------------------X

    On the petition of FAIGY HOROWITZ as the Mather and Natural Guardian of the infant petitioner PERL HOROWITZ dated 02/09/22, the medical statement of RISA GORELICK, MD, a duly licensed physician, dated 1/21/22 and the attorney's affirmation of Steven W. Epstein., dated 2/8/22 and upon all papers and proceedings had herein and the said infant petitioner and parent and natural guardian, and their attorney, all having appeared before this Court and due deliberation having been had

    **NOW** on the motion of Steven Epstein, Esq. the attorney for the petitioners, it is

    **ORDERED,** that FAIGY HOROWITZ as the Mother and Natural Guardian of the infant petitioner PERL HOROWITZ herein is authorized and empowered to accept on behalf of the defendants to this action the in the sum of **TWENTY FIVE THOUSAND ($25,000.00) DOLLARS** for the infant plaintiff PERL HOROWITZ to settle the possible causes of action for personal injuries:

    **ORDERED,** that STEVEN W. EPSTEIN, ESQ., is to be paid a legal fee in the sum of **EIGHT THOUSAND THREE HUNDRED THIRTY THREE ($8,333.00) DOLLARS,** for legal services rendered for professional services rendered, and it is further

    **ORDERED,** that the following balances be paid to FAIGY HOROWITZ as the mother and Natural Guardian of the infant petitioner PERL HOROWITZ; **EIGTHEEN THOUSAND SIX HUNDRED SIXTY SEVEN and 00/100 ($18,667.00) DOLLARS ZERO CENTS** jointly with an officer of the APPLE BANK, 75 NY-59, Monsey, NY 10952 for the sole use and benefit of said infant plaintiffs in accounts having the highest interest yield available, irrespective of whether it be a savings account, a certificate of deposit, a money market fund or other form of deposit, and it is further

    **ORDERED,** that the said bank, upon the plaintiff's demand thereof and without a further court order, pay over to said minor, upon reaching their 18th year of age, all monies so held, and it is further

**ORDERED,** that said bank is authorized and directed to maintain at least 100% of said fund in a form of deposit in said bank continuously renewed upon maturity at the highest rate of interest then available, provided that said fund shall not be in such a form that it will not be available to each infant when said infant attains the age of 18 years.

**ORDERED,** that no sum of money from said fund may be withdrawn from said account prior the infant plaintiff's eighteenth birthday without a further Order from a Court with competent jurisdiction.

**ORDERED,** that the filing of a bond be dispensed with and upon full compliance with the terms of this order FAIGY HOROWITZ as the Father and Natural Guardian of the infant petitioner PERL HOROWITZ be authorized and empowered to execute a general release on behalf of the infant plaintiff to the defendant.

Dated: February 14, 2022

*Cathy Seibel*

Hon. Judge Cathy Seibel
United Stated District Court
Southern District of New York

The Clerk shall close the case.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    No. 7:21-CV-09615(CS)

---

JACOB HOROWITZ, FAIGY HOROWITZ, and PERL HOROWTIZ, an infant under the age of 14, by her M/N/G FAIGY HOROWITZ

                                         Plaintiffs,

-against-

MANUEL JIMENEZ SANDOVAL

                                         Defendant.

---

INFANT COMPROMISE ORDER

---

**STEVEN W. EPSTEIN, ESQ.**
**ATTORNEY FOR PLAINTIFFS**
JACOB HOROWITZ, FAIGY HOROWITZ
and PERL HOROWTIZ, an infant under the age
of 14, by her M/N/G FAIGY HOROWITZ
**P.O. BOX 929**
**NEW YORK, N.Y. 10040**
**(212) 422-2110**

Office:   5 West 37th Street, Suite 611
          New York, N.Y.  10018

---

To:

Service of a copy of the within         is hereby admitted.

Dated,

Attorney(s) for defendant(s)